UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT
19705 COUNTY ROAD 30, CORCORAN,
MINNESOTA,

Defendant.

ORDER

Civil No. 01-1379(ADM/SRN)

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

$78,791.00 IN U.S. CURRENCY,

Defendants.

Civil No. 01-1380(RHK/JMM)

---

Case No. 01-1379 having been assigned to Judge Ann D. Montgomery and Case No. 01-1380 having been assigned to Judge Kyle, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 01-1380 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 7/13/01

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

Dated: 7/5/01

JUDGE RICHARD H. KYLE
UNITED STATES DISTRICT COURT

SEP 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK