ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1379 (ADM/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT 19705 COUNTY ROAD 30, CORCORAN, MN,<br><br>DEFENDANT. | STIPULATION FOR PAYMENT OF REAL ESTATE TAXES AND ORDER |

The United States of America, plaintiff, and Hennepin County, claimant in the above-referenced civil forfeiture action, through their respective undersigned counsel, stipulate to the payment of real estate taxes for the real property located at 19705 County Road 30, Corcoran, MN (hereinafter the defendant real property) legally described as: the East Half of the East Half of the North Half of the Northwest Quarter of the Southwest Quarter of Section 12, Township 119, Range 23, West of the Fifth Principal Meridian, Hennepin County, Minnesota, together with its buildings, appurtenances, improvements, fixtures, attachments and easements.

This stipulation is entered into between the plaintiff and the claimant pursuant to the following terms:

1. The plaintiff and the claimant hereby stipulate that the claimant now has an interest in the defendant real property by virtue of certain real estate taxes due and payable in 2001 and 2002, which have become a lien against the defendant real property.



OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The plaintiff agrees that, after entry of a Final Order of Forfeiture forfeiting the defendant real property to the plaintiff and upon the disposition of the defendant real property, the United States Marshal shall pay the claimant:

a. all unpaid principal due to the claimant for the real estate taxes due and payable in 2001 and 2002 and for real estate taxes due and payable in subsequent years that have become a lien on the defendant real property as of the date of the Final Order of Forfeiture;

and

b. all unpaid interest on any delinquent real estate taxes for the above-stated years to the date of the entry of the Final Order of Forfeiture according to the formula set forth at 28 U.S.C. § 1961(a);

from the proceeds of the sale of the defendant real property as a part of the normal and usual closing costs. No penalties will be paid. Principal and interest will only be paid up to the amount realized from the sale.

3. The payment to the claimant shall be in full and final settlement and satisfaction of any and all claims for real estate taxes on the defendant real property by the claimant, and the claimant agrees it will not pursue against the plaintiff any other rights that it may have by virtue of the lien for certain real

estate taxes as set forth in paragraphs 1 and 2 of this stipulation.

4. Upon payment, the claimant agrees the plaintiff may convey title to the defendant real property to any subsequent purchaser free and clear of any claim by the claimant for real estate taxes.

5. The claimant understands and agrees that, by entering into this stipulation, it waives any rights to further litigate against the plaintiff its interest in the defendant real property or to petition for remission or mitigation of the forfeiture.

6. The plaintiff and the claimant agree to execute further documents, to the extent necessary, to further implement the terms of this stipulation, and agree to bear their own costs and attorneys fees.

7. The terms of this stipulation are contingent upon the forfeiture of the defendant real property to the plaintiff, the Court's entry of a Final Order of Forfeiture disposing of all claims in this action, and the disposition of the defendant real property by the United States Marshal. In the event the defendant real property is not forfeited to the plaintiff, this stipulation is void. Further, the terms of this settlement shall be subject to approval by the United States District Court. Any violation of any

terms or conditions herein shall be construed as a violation of an order of the Court.

Dated: 10-22-01

THOMAS B. HEFFELFINGER
United States Attorney

BY: LIZABETH A. McKIBBEN
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated: October 17, 2001

AMY KLOBUCHAR
Hennepin County Attorney

BY: ROBERT T. RUDY
Senior Assistant County Attorney
Atty. Regis. #94225
2000 Government Center
Minneapolis, MN 55487
612-348-5519

ORDER

This Stipulation for Payment of Real Estate Taxes is hereby approved.

Dated: October 29, 2001

ANN D. MONTGOMERY, Judge
United States District Court