ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1379 (ADM/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT 19705 COUNTRY ROAD 30, CORCORAN, MN,<br><br>DEFENDANT. | STIPULATION FOR SETTLEMENT AND ORDER |

The United States of America and Claimant Lori Ann Dallman, a/k/a Lori Weaver, through their respective undersigned counsel, hereby stipulate to the settlement of her claim to the defendant real property and the dismissal of this forfeiture action as follows:

1. Claimant Dallman agrees to pay to the United States the sum of $75,000.00 by certified check or cashier's check made payable to the United States Marshal and delivered to the undersigned counsel for the United States within 14 days from the date of this Stipulation.

2. Claimant Dallman agrees to deliver to the undersigned counsel for the United States satisfactory documentary evidence that the defendant real property has been deeded to her free and clear of any right, title and interest of Brian Patrick Weaver within 14 days from the date of this Stipulation.

3. Claimant Dallman hereby agrees that she will not sell, transfer, assign or otherwise convey any right, title or interest in the defendant real property to Brian Patrick Weaver, either

DEC 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

directly or indirectly, through family members or others acting in concert with or as agents for them.

4. Claimant Dallman agrees to withdraw her third party petition for the property identified in the Preliminary Order of Forfeiture filed in United States v. Brian Weaver, Criminal Action No. 02-65 (ADM/AJB).

5. Claimant Dallman agrees that she shall be responsible for payment of all existing mortgages and liens, including liens for real estate taxes, against the defendant real property and understands that this Stipulation for Settlement is contingent upon the agreement of Claimants Hennepin County, Wells Fargo Home Mortgage, Inc., and Wells Fargo Bank Minnesota, N.A., to the dismissal of this action based upon this Stipulation for Settlement.

6. Upon receipt of the $75,000.00 check described in paragraph 1 above, the documentary evidence described in paragraph 2 above and the withdrawal of her third party petition described in paragraph 3 above, the United States shall deliver to Claimant Dallman's attorney a Discharge of Notice of Lis Pendens and file the Stipulation for Dismissal of this action with the Clerk of Court.

7. The United States hereby agrees that the defendant real property shall not be subject to further forfeiture action arising out of the facts and circumstances known at this time to the United States. Claimant Dallman hereby acknowledges that, after the

release of the defendant real property to her, if the defendant real property is used again in violation of federal law, it may again be subject to forfeiture by the United States.

8. Claimant Dallman agrees that the United States of America, its officers, employees and agents are unconditionally released and held harmless from any and all claims, demands, damages, causes of action or suits of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or growing out of or affecting, directly or indirectly, the forfeiture action against the defendant real property and/or return of the defendant real property to her.

9. Each party agrees to bear their own attorneys fees and other costs incurred in this action. Claimant Dallman specifically waives any claim to interest, attorney fees or other costs she may have under 28 U.S.C. § 2465(b).

Dated: 12-9-02

THOMAS B. HEFFELFINGER
United States Attorney

BY: ROBERT M. SMALL
First Assistant U.S. Attorney
Attorney I.D. No. 10212X
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated: 12-09-02

Deborah K. Ellis, Esq.
Suite 700
6 West Fifth Street
St. Paul, MN 55102
(651) 297-6400

Re: Stipulation for Settlement and Order
U.S. v. 19705 County Road 30
Civil No. 01-1379 (ADM/SRN)

ORDER

This Stipulation for Settlement is hereby APPROVED.

Dated: December 10, 2002

ANN D. MONTGOMERY, Judge
United States District Court